1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| BETZALEL YOCHANAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff(s),<br><br>                    v.<br><br>EQUIFAX, INC., and  EQUIFAX WORKFORCE SOLUTIONS, a/k/a TALX CORPORATION | Case No.:  1:16-cv-01687-MHC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Betzalel Yochanan, hereby voluntarily dismisses the above-captioned case without prejudice against Defendants E quifax, Inc. and Equifax Workforce Solutions a/k/a Talx Corporation.

Dated:        June 9, 2016        Respectfully submitted,


                                        /s/ Rachel Soffin
                                        MORGAN & MORGAN COMPLEX
                                        LITIGATION GROUP
                                        Rachel Soffin
                                        Ga. Bar No. 255074
                                        John A. Yanchunis (pending *pro hac vice*
                                        application)
                                        201 N. Franklin St., 7th Floor
                                        Tampa, FL 33602

Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jyanchunis@forthepeople.com
rsoffin@forthepeople.com

LOCKS LAW FIRM, LLC
Michael A. Galpern
(pending *pro hac vice* application)
Andrew P. Bell (pending *pro hac vice* application)
James A. Barry (pending *pro hac vice* application)
801 N. Kings Highway
Cherry Hill, New Jersey 08034
Tel: (856) 663-8200
Fax: (856) 661-8400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2016, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.


/s/ Rachel L. Soffin